UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RE'AL TRESHON STREETY,

    Defendant.

Case No. 3:24-cr-16

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) DENYING DEFENDANT'S MOTION TO SUPPRESS AS MOOT (Doc. No. 21); AND (2) VACATING THE OCTOBER 29, 2025 SUPPRESSION HEARING**

---

The parties filed an unopposed, joint motion for a change of plea hearing. Doc. No. 57. Accordingly, Defendant's motion to suppress (Doc. No. 21) is **DENIED WITHOUT PREJUDICE AS MOOT**. The Court also **VACATES** the October 29, 2025 suppression hearing.

    **IT IS SO ORDERED.**

October 24, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge